Attorney Barber indicated he would contact his client at the correctional facility to find out the status of the Stipulation.

As of today, May 6, 2004, Attorney Barber indicated that he had not received the Stipulation in the mail from his client. Attorney Barber indicated that he would drive to the correctional facility to personally obtain the signature of his client. Therefore, the parties request an additional week, until May 14, 2004, within which to file the Stipulation for Compromise Settlement and Order. Attorney Barber has indicated that he concurs with this request.

> Respectfully submitted,
>
> KEVIN J. O'CONNOR
> UNITED STATES ATTORNEY
>
> JULIE G. TURBERT
> ASSISTANT U.S. ATTORNEY
> P.O. BOX 1824
> NEW HAVEN, CT  06508
> (203) 821-3700
> FEDERAL BAR # ct23398

2

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Motion for Extension of Time to File Settlement Papers has been mailed, postage prepaid, on this 6th day of May, 2004, to:

Jerald S. Barber, Esq.
Williams and Barber
55 Church Street
Suite 800A
New Haven, CT  06510

_____
JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT  06508
(203) 821-3700
FEDERAL BAR # ct23398