UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 MAY -7 A 11: 54
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Civil No. 3:03CV155 (WWE) |
| $5,500.00 IN UNITED STATES CURRENCY, | : | |
| Defendant. | : | May 6, 2004 |
| [CLAIMANT: LEE E. OWENS] | : | |

MOTION FOR EXTENSION OF TIME
TO FILE SETTLEMENT PAPERS

The Plaintiff, United States of America, respectfully requests an extension of time within which to file settlement papers from May 7, 2004, until May 14, 2004.

During the telephonic status conference on April 7, 2004, counsel for the United States and counsel for the Claimant, Lee Owens, reported to the Court that the parties had reached a settlement agreement and would be filing a Stipulation for Compromise Settlement in the near future. Also on that date, undersigned counsel for the United States forwarded to Claimant Lee Owens' attorney, Jerald Barber, a proposed Stipulation for Settlement and Order for him to sign with his client.

On April 28, 2004, the undersigned counsel contacted Attorney Barber to inquire as to the status of the Stipulation. Attorney Barber indicated that he had sent the Stipulation to his client, who is currently incarcerated at a correctional facility, but had not received it back from him.

Motion GRANTED to May 14, 2004
WARREN W. EGINTON
Senior United States District Judge
5/10/04