UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:03CV155 (WWE) |
| | : | |
| $5,500.00 IN UNITED STATES CURRENCY, | : | |
| | : | |
| Defendant. | : | May 13, 2004 |
| | : | |
| [CLAIMANT: LEE E. OWENS] | : | |

STIPULATION FOR COMPROMISE
SETTLEMENT AND ORDER

It is hereby stipulated by and between the PLAINTIFF, UNITED STATES OF AMERICA ("UNITED STATES"), on the one hand, and the CLAIMANT, LEE E. OWENS ("CLAIMANT"), on the other, by and through their respective attorneys, (together "the Parties"), as follows:

1.   That the Parties do hereby agree to settle and compromise the above-entitled action upon the terms indicated below.

2.   That the CLAIMANT, LEE E. OWENS, agrees to the forfeiture of THREE THOUSAND FIVE HUNDRED 00/100 DOLLARS ($3,500.00) to the UNITED STATES to be disposed of according to law.  CLAIMANT agree to the forfeiture pursuant to Title 21, United States Code, Section 881(a)(6).

3.   That the CLAIMANT, LEE E. OWENS, consents to the entry of a Decree of Forfeiture thereby forfeiting $3,500.00 of the Defendant Currency to the UNITED STATES.

4. That the UNITED STATES agrees to return to the CLAIMANT, LEE E. OWENS, the amount of TWO THOUSAND 00/100 DOLLARS ($2,000.00).

5. That the CLAIMANTS hereby release and forever discharge the United States of America, the Drug Enforcement Administration, the United States Marshals Service, the Federal Drug Gang Task Force, the New Haven Police Department, and any other law enforcement agency involved in the investigation which led to the seizure of the Defendant, $5,500.00 in United States Currency, and their officers, agents, servants, and employees, their heirs, successors, or assigns, from any and all actions, causes of action, suits, proceedings, debts, dues, contracts, judgments, damages, claims, and/or demands whatsoever in law or equity which claimants, their heirs, successors, or assigns ever had, now have, or may have in the future in connection with the forfeiture action against the Defendant, one parcel of property located at 73 Chanda Drive, Stratford, Connecticut, with all appurtenances and improvements thereon.

6. That the CLAIMANTS further agree to hold and save the United States of America, the Drug Enforcement Administration, the United States Marshals Service, the Federal Drug Gang Task Force, the New Haven Police Department, and any other law enforcement agency involved in the investigation which led to the seizure of the Defendant, $5,500.00 in United States Currency, and their servants, employees, heirs, successors, or assigns harmless from any claims by any others, including costs and expenses for or on account of any and all lawsuits or claims of any character whatsoever, in connection with the forfeiture action against the Defendant, $5,500.00 in United States Currency.

7. This Stipulation for Compromise Settlement shall not constitute an admission of liability or fault on the part of the UNITED STATES, its officers, agents, servants, or employees,

or on the part of the CLAIMANT, and is entered into by all parties for the purpose of compromising disputed claims and avoiding the expenses and risks of litigation.

    8.   The UNITED STATES and the CLAIMANT agree to bear their own costs and attorneys' fees, and to execute and/or consent to, any additional documents necessary to implement the terms of this stipulated agreement.

                       PLAINTIFF
                         UNITED STATES OF AMERICA

                       KEVIN J. O'CONNOR
                       UNITED STATES ATTORNEY

_____                _____
DATE                                BY:   JULIE G. TURBERT
                                          ASSISTANT U.S. ATTORNEY
                                            P.O. BOX 1824
                                            NEW HAVEN, CT  06508
                                            (203) 821-3700
                                            FEDERAL BAR # ct23398

                                  CLAIMANT LEE E. OWENS

_____  
DATE                       BY:   JERALD S. BARBER  
                                  WILLIAMS AND BARBER  
                                  55 CHURCH STREET  
                                  SUITE 800A  
                                  NEW HAVEN, CT 06510  
                                  (203) 787-2236  
                                  FEDERAL BAR # ct14513

_____  
DATE                                  LEE E. OWENS  
                                   CLAIMANT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:03CV155 (WWE) |
| | : | |
| $5,500.00 IN UNITED STATES CURRENCY, | : | |
| | : | |
| Defendant. | : | |
| | : | |
| [CLAIMANT: LEE E. OWENS] | : | |

ORDER

Based on the foregoing Stipulation for Compromise Settlement, it is hereby ORDERED AND ADJUDGED:

1. That the amount of THREE THOUSAND FIVE HUNDRED AND 00/100 DOLLARS ($3,500.00), in accordance with Paragraphs Two and Three of the Stipulation for Compromise Settlement, shall remain on deposit with the United States Marshals Service pending entry of a Decree of Forfeiture; and

2. That the United States Marshals Service shall return to the CLAIMANT, LEE E. OWENS, the amount of TWO THOUSAND 00/100 DOLLARS ($2,000.00), in accordance with Paragraph Four of the Stipulation for Compromise Settlement, forthwith by check made payable

to Jerald S. Barber, in Trust for Lee E. Owens, and delivered to Williams and Barber, 55 Church Street, Suite 800A, New Haven, Connecticut 06510.

    SO ORDERED, this _____ day of _____, 2004, at Bridgeport, Connecticut.

                                                                  _____
                                                                  WARREN W. EGINTON
                                                                  SENIOR UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Stipulation for Compromise Settlement and Order has been mailed, postage prepaid, on this 13th day of May, 2004, to:

Jerald S. Barber, Esq.
Williams and Barber
55 Church Street
Suite 800A
New Haven, CT  06510

 

JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT   06508
(203) 821-3700
FEDERAL BAR # ct23398