UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Civil No. 3:03CV155 (WWE) |
| $5,500.00 IN UNITED STATES CURRENCY, | : | |
| Defendant. | : | May 13, 2004 |
| [CLAIMANT: LEE E. OWENS] | : | |

STIPULATION FOR COMPROMISE
SETTLEMENT AND ORDER

It is hereby stipulated by and between the PLAINTIFF, UNITED STATES OF AMERICA ("UNITED STATES"), on the one hand, and the CLAIMANT, LEE E. OWENS ("CLAIMANT"), on the other, by and through their respective attorneys, (together "the Parties"), as follows:

1. That the Parties do hereby agree to settle and compromise the above-entitled action upon the terms indicated below.

2. That the CLAIMANT, LEE E. OWENS, agrees to the forfeiture of THREE THOUSAND FIVE HUNDRED 00/100 DOLLARS ($3,500.00) to the UNITED STATES to be disposed of according to law. CLAIMANT agree to the forfeiture pursuant to Title 21, United States Code, Section 881(a)(6).

3. That the CLAIMANT, LEE E. OWENS, consents to the entry of a Decree of Forfeiture thereby forfeiting $3,500.00 of the Defendant Currency to the UNITED STATES.