UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No.  3:03CV0155 (WWE) |
| | : | |
| $5,500.00 IN UNITED STATES CURRENCY, | : | |
| | : | |
| | : | |
| Defendant. | : | May 27, 2004 |
| | : | |
| [CLAIMANT: LEE E. OWENS] | : | |

MOTION FOR DECREE OF FORFEITURE

Pursuant to Rule 55, Federal Rules of Civil Procedure, and Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims, the Plaintiff, United States of America, respectfully moves this Court for entry of a Decree of Forfeiture.

This motion is supported by the previously filed Verified Complaint of Forfeiture, Warrant of Arrest <u>In</u> <u>Rem</u>, and Stipulation for Compromise Settlement and Order.  A proposed Decree of Forfeiture is submitted herewith.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT  06508
(203) 821-3700
FEDERAL BAR # ct23398

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Motion for Decree of Forfeiture has been mailed, postage prepaid, on this 27th day of May, 2004, to:

Jerald S. Barber
Williams & Barber
129 Church Street
New Haven, CT 06510

JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY