UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JUN -9  P 2: 22

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Civil No. 3:03CV0155 (WWE) |
| $5,500.00 IN UNITED STATES CURRENCY, | : |
| Defendant. | : |
| [CLAIMANT: LEE E. OWENS] | : |

DECREE OF FORFEITURE

On January 23, 2003, a Verified Complaint of Forfeiture against the Defendant, $5,500.00 in United States Currency ("Defendant Currency"), was filed on behalf of the Plaintiff, United States of America. The Complaint alleges that the Defendant Currency was used or intended to be used in exchange for controlled substances or represent proceeds of trafficking in controlled substances in violation of 21 U.S.C. §§ 801 et seq, and is, therefore, subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

It appearing that process was fully issued in this action and returned according to law;

That pursuant to a Warrant of Arrest In Rem issued by this Court on January 23, 2003, the United States Marshal Service for the District of Connecticut seized said property on January 27, 2003;

That on January 29, February 5, and February 12, 2003, notice of this action was published in the Connecticut Post newspaper;

That on January 28, 2003, Jerald S. Barber, attorney for the Claimant, Lee E. Owens, waived service of the Verified Complaint of Forfeiture, and Warrant of Arrest in Rem;

That on May 18, 2004, the Court approved a Stipulation for Compromise Settlement, entered into by the parties in which the United States agreed to return $2,000.00 of the seized currency to the Claimant in care of his attorney, Jerald S. Barber, in exchange for the forfeiture of the remaining $3,500.00 to the United States of America.

Now, therefore, on motion of the Plaintiff, United States of America, for a Decree of Forfeiture, it is hereby

ORDERED, ADJUDGED AND DECREED that the default as to all persons having any right, title or interest the Defendant Currency under seizure in this action be and is hereby entered herein; and it is further

ORDERED, ADJUDGED AND DECREED that $3,500.00 of the Defendant Currency, be forfeited to the United States of America and disposed of according to law.

Dated at Bridgeport, Connecticut, this 9th day of June, 2004

HONORABLE WARREN W. EGINTON
SENIOR UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Decree of Forfeiture has been mailed, postage prepaid, on this 27th day of May, 2004, to:

Jerald S. Barber
Williams & Barber
129 Church Street
New Haven, CT 06510

_____
JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY